UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| GEOTAG INC., *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )  Case No. 2:11–CV–405–DF–CMC |
| | ) |
| | ) |
| CIRCLE K STORE, INC., *et al.*, | ) |
| | ) |
| | ) |
| Defendants. | ) |

**ORDER GRANTING MOVING DEFENDANTS'
MOTION TO DISMISS FOR MISJOINDER**

Pursuant to Fed. R. Civ. P. 21 and 35 U.S.C. § 299, Defendants Coldwater Creek Inc. ("Coldwater"), Draper's & Damon's, LLC ("Draper's") and J. Crew Group, Inc. ("J. Crew") (collectively, "Moving Defendants") have moved the Court to drop them as parties from the above–captioned patent infringement action. On consideration of the motion, all timely filed responses, and the arguments of counsel (if any), the Court ORDERS that Defendants' Motion is GRANTED.  Coldwater, Draper's, and J. Crew are hereby DISMISSED from this action.