# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOFTVIEW LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 10-389-LPS |
| | ) |
| APPLE INC., and AT&T MOBILITY LLC, | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF SOFTVIEW LLC'S MOTION FOR LEAVE TO AMEND ITS COMPLAINT TO ASSERT CLAIMS AGAINST ADDITIONAL INFRINGERS**

Pursuant to Federal Rules of Civil Procedure 15(a) and 20(a), Plaintiff SoftView LLC hereby moves to amend its Complaint to add allegations of infringement against Dell Inc.; HTC Corp.; HTC America, Inc.; Exedea, Inc.; Huawei Technologies Co., Ltd.; Huawei Technologies USA; Huawei Device USA Inc.; Kyocera Corp.; Kyocera Wireless Corp.; LG Electronics, Inc.; LG Electronics USA, Inc.; LG Electronics MobileComm U.S.A, Inc.; Motorola Mobility Inc.; Samsung Electronics Co., Ltd.; Samsung Electronics America, Inc.; Telecommunications America, LLC; Sony Ericsson Mobile Communications AB; and Sony Ericsson Mobile Communications (USA) Inc. Pursuant to District of Delaware Local Rule 15.1, attached hereto as Exhibit 1 is the proposed Second Amended Complaint and attached hereto as Exhibit 2 is a version of the proposed Second Amended Complaint showing how it differs from the current Complaint. The grounds for this motion are set forth in the opening brief submitted herewith.

2418908
134640.00601/40194795v.1

**EXHIBIT B**

WHEREFORE, SoftView respectfully requests that the Court enter the attached order granting SoftView's motion for leave to amend its complaint.

        */s/ Steven L. Caponi*
Steven L. Caponi (I.D. No. 3484)
BLANK ROME LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
(302) 425-6400
caponi@blankrome.com
ATTORNEYS FOR SOFTVIEW LLC

OF COUNSEL:

Morgan Chu
Samuel K. Lu
Amir Naini
Dorian Berger
Craig Johnson
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
(310) 277-1010
mchu@irell.com; slu@irell.com;
anaini@irell.com; dberger@irell.com;
cjohnson@irell.com

Dated: April 22, 2011

2418908
134640.00601/40194795v.1