# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| **GEOTAG, INC.** | § | |
| | § | |
| *Plaintiff*, | § | **C.A. NO. 2:11-cv-00405-MHS-CMC** |
| | § | |
| **v.** | § | |
| | § | |
| **CIRCLE K STORE, INC.**, *et al.* | § | **JURY TRIAL DEMANDED** |
| | § | |
| *Defendants*. | § | |
| | § | |

## BURBERRY LIMITED'S
## CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant and

Counterclaim Plaintiff Burberry Limited hereby advises the Court as follows:

Burberry Limited's immediate parent company is Burberry USA Holdings Inc. and

ultimate parent company is Burberry Group PLC, a company listed on the London Stock

Exchange.

.

Dated: March 7, 2012

Respectfully submitted,

/s/ Avelyn M. Ross
Willem G. Schuurman (TX Bar No. 17855200)
Avelyn M. Ross (TX Bar No. 24027871)
VINSON & ELKINS LLP
2801 Via Fortuna, Suite 100
Austin, Texas 78746-7568
Tel: (512) 542-8400
Fax: (512) 542-8612
bschuurman@velaw.com
aross@velaw.com

**Attorneys for Burberry Limited**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on March 7, 2012.  Any other counsel of record will be served by first class mail on this same date.

/s/ Avelyn M. Ross

*Burberry Limited's Corporate Disclosure Statement Pursuant to Fed. R. Civ. P. 7.1*

US 1300989v.1