# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| GEOTAG INC. and GEOTAG, INC. § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | Civil Action No.  2:11-cv-405 |
| § | |
| CIRCLE K STORE, INC. et al. § | JURY TRIAL DEMANDED |
| § | |
| Defendants. § | |

## DEFENDANT GROUPE DYNAMITE, INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Groupe Dynamite, Inc. hereby advises the Court that it is a privately held corporation organized and existing under the laws of Canada, with its principal place of business at 5592 Ferrier Street, Town of Mont-Royal, Quebec H4P 1M2, Canada.  No publicly held corporation owns 10% or more of Groupe Dynamite, Inc.

| | |
|---|---|
| Dated: March 15, 2012 | Respectfully submitted, |

    /s/ Lance Vincent
Lance Vincent
Texas State Bar No. 20585580
RITCHESON, LAUFFER, & VINCENT PC
Two American Center
821 ESE Loop 323, Suite 530
Tyler, TX 75701
lancev@rllawfirm.net

Mark P. Wine (*pro hac vice* pending)
Calif. State Bar No. 189897
Thomas J. Gray (*pro hac vice* pending)
Calif. State Bar No. 191411
Benjamin S. Lin (*pro hac vice* pending)
Calif. State Bar No. 232735
ORRICK, HERRINGTON & SUTCLIFFE LLP
2050 Main Street, Suite 1100
Irvine, CA 92614
Tel: (949) 567-6700
Fax: (949) 567-6710
mwine@orrick.com
tgray@orrick.com
blin@orrick.com

**ATTORNEYS FOR DEFENDANT GROUPE DYNAMITE, INC. D/B/A GARAGE**

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on March 15, 2012 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                                     */s/ Lance Vincent*