# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **GEOTAG, INC.,** | § § § | |
| Plaintiff, | § § | **No. 2:11-cv-404-MHS** |
| v. | § § | **JURY TRIAL DEMANDED** |
| **EYE CARE CENTERS OF AMERICA, INC.,** *et al.*, | § § § § | |
| Defendants. | § | |

| | | |
|---|---|---|
| **GEOTAG, INC.,** | § § § | |
| Plaintiff, | § § | **No. 2:11-cv-405-MHS** |
| v. | § § | **JURY TRIAL DEMANDED** |
| **CIRCLE K STORE, INC.,** *et al.*, | § § § | |
| Defendants. | § | |

## ORDER DENYING DEFENDANTS' MOTION TO STAY

Before the Court is Defendants' Motion to Stay. After considering the motion, the Court finds that it lacks merit. It is therefore,

ORDERED, ADJUDGED AND DECREED that the Motion to Stay is **DENIED.**